FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

08 JUN 26 PM 3: 12

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA, )
) Case No. 8:08cv00152
Plaintiff, )
)
v. )
)
JOHN W. SKIPPER, )
)
Defendant. )

## FINAL JUDGMENT BY CONSENT

Plaintiff, the United States of America, having filed its Complaint herein, and Defendant, John Skipper, having consented to the making and entry of this final judgment without trial, hereby agree as follows:

1. This Court has jurisdiction over the subject matter of this litigation and over all parties thereto. The Complaint herein states a claim upon which relief can be granted.

2. The Defendant hereby admits all the allegations of Plaintiff's Complaint and therefore agrees to entry of a consent judgment in the sum of $ 6,538.00 principal, plus interest at the legal rate computed daily and compounded annually from the date of judgment until paid in full, a penalty fee in the amount of $ 653.80, a U.S. Marshals Service fee of $ 49.04, and court costs in the amount of $ 370.00.

3. In return for the Defendant's consent to entry of judgment, the United States agrees to accept the amount set forth in paragraph two in full satisfaction of the Defendant's liability. This judgment amount shall be paid through monthly installment payments due on the 15th day of every month until the debt is paid in full.

4. The Defendant shall submit financial data to the Plaintiff on the anniversary date of this judgment, each year this judgment remains outstanding.

5. The Defendant agrees to notify the United States Attorney's Office within thirty days of any change of address or employment until the judgment debt is paid in full.

6. In the event Defendant defaults on the payment of any installment, the balance of the judgment, including post-judgment interest, shall immediately become due and payable, and the United States may proceed with available administrative and judicial remedies to enforce the judgment debt, upon notice to Defendant.

7. Notice pursuant to paragraph six shall be deemed due and sufficient notice if sent by first class mail, postage prepaid, to Defendant's address as listed below or to any new address provided by Defendant.

8. The district court shall retain jurisdiction over this case for purposes of enforcing the Final Judgment by Consent.

9. Costs shall be paid by the Defendant.

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | JOHN W. SKIPPER,<br>Defendant. |
| JOE W. STECHER<br>United States Attorney<br>District of Nebraska | |
| By: _____<br>LAURIE A. KELLY<br>Assistant U.S. Attorney<br>1620 Dodge Street, Suite 1400<br>Omaha, NE 68102-1506<br>Tel: (402) 661-3700<br>Fax: (402) 661-3081<br>laurie.kelly@usdoj.gov | _____<br>JOHN W. SKIPPER<br>2821 Anna Avenue<br>North Platte, NE 69101<br>Tel: (308) 539-1336 |

APPROVED THIS **26** day of **JUNE**, 2008, accruing at the legal rate of **2.57**% per annum from the date of this judgment until paid in full, and court costs.

_____
JUDGE, U.S. DISTRICT COURT